FILED - USDC -NH
2026 AUG 27 AM10:48

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA,

Plaintiff

V CIVIL ACTION NO 1:26-CV-00655

OLD DUTCH MUSTARD CO., INC.

D/B/A PILGRIM FOODS, INC.,

Defendant,

**COMMENTS REGARDING**

**CONSENT DECREE**

**28 C.F.R. § 50.7**

FILED - USDC -NH
2026 AUG 27 AM10:48

COMMENTS BY MARSHALL A. BUTTRICK

My name is Marshall A. Buttrick and I reside at 240 Adams Hill Road in Greenville, NH. I have been a resident of Greenville, NH for more than seventy years. I wish to comment pursuant to 28 C.F.R.§50.7 on the proposed Consent Decree, Civil Action No 1:26-cv-00065.

I request that the proposed consent decree to specifically require that Pilgrim Foods remove the hidden pipe and not just cap it. I request that Pilgrim Foods be required to have a person present from the EPA when the pipe is being removed. If the pipe remains in the ground Pilgrim Foods could remove any cap and use the pipe for future unlawful discharges. There should be a deadline by which the pipe is removed. The Court should be notified when the pipe has been removed.

I request that the proposed consent decree specifically require that Pilgrim Foods remove the 3 way by-pass valve be removed. This should be done in the presence of a person from the EPA and there be verification to the Court that this has been done. Again, given the track record of Pilgrim Foods in this matter, if the valve is not removed, it could be used for future unlawful discharges. There should be a deadline by which the valve is removed. The Court should be notified when the valve has been removed.

I also note that Attachment 1 to the proposed Consent Decree does not show the location of the hidden pipe or the outfall location on the former railroad bed.

Marshall A. Buttrick

Marshall A. Buttrick

240 Adams Hill Road

Greenville, NH 03048

I certify that I have mailed a copy of these comments to:

John G Osborn, Special Assistant US Attorney
53 Pleasant Street, 4th Floor
Concord, NH 03301

Cynthia Lewis, Acting Regional Counsel
Office of Regional Counsel
U.S. Environmental Protection Agency Region1
5 Post Office Square, Suite 100
Boston, MA 02109-3912

Aimee M Santich
Old Dutch Mustard Co
68 Old Wilton Road
Greenville, NH 03048

August 24, 2026 Marshall A. Buttrick

FILED - USDC -NH
2026 AUG 27 AM10:48

240 Adams Hill Road

Greenville, NH 03048

August 24, 2026

Tracy A Uhrin, Clerk

US District Court

District of New Hampshire

Warren B Rudman, US Courthouse Room 110

55 Pleasant Street

Concord, NH 03301-3941

Dear Clerk Uhrin,

Enclosed please find my comments regarding the Consent Decree In the United States of America v Old Dutch Mustard Co., D/B/A Pilgrim Foods, Inc. docket number: Civil Action No 1:26-CV-00655.

Sincerely,

Marshall A. Buttrick

Marshall A. Buttrick

MAB

ENC